IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MUELLER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO: 3:24-cv-51 |
| | ) |
| v. | ) |
| | ) |
| TEAM TEN, LLC D/B/A | ) |
| AMERICAN EAGLE PAPER MILLS | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michael Mueller, and Defendant, Team Ten, LLC, d/b/a American Eagle Paper Mills by and through their respective undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, that all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and disbursements.

Respectfully submitted,

Dated: October 28, 2025

/s/ Michael J. Bradley
Michael J. Bradley (PA 329880)
mbradley@weisbergcummings.com
**Weisberg Cummings, P.C.**
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)
*Counsel for Plaintiff*

Dated: October 28, 2025

/s/ Marla N. Presley
Marla N. Presley (PA 91020)
mpresley@cozen.com
**Cozen O'Connor P.C.**
One Oxford Centre
301 Grant Street, 41st Floor
Pittsburgh, PA 15219
(412) 620-6500
*Counsel for Defendant*

AND NOW, this 28th day of October, 2025,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1